AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BLACKROCK NY MUNI INC. | C | Dividend | K | T | Sold (part) | 04/24/12 | K | B | |
| 2.   BLACKROCK MUNIYIELD NY QLT | C | Dividend | K | T | Sold (part) | 04/24/12 | J | A | |
| 3.   CALAMOS STRAT TOT RETURN FD | C | Dividend | K | T | Buy | 01/06/12 | K | | |
| 4.   COHEN & STEERS CLOSED END OPPTY FD | A | Dividend | | | Sold | 09/18/12 | J | | |
| 5.   EATON VANCE INS NY MUN | A | Dividend | | | Sold | 01/06/12 | L | | |
| 6.   EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | C | Dividend | L | T | | | | | |
| 7.   EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | K | T | | | | | |
| 8.   FIA CARD SERVICES NA | A | Interest | J | T | | | | | |
| 9.   FRONTIER COMM CORP | A | Dividend | | | Sold | 12/07/12 | J | | |
| 10.   INVESTCO SENIOR INC TRUST | B | Dividend | K | T | Buy | 01/06/12 | K | | |
| 11.   ISHARES IBOXX$ HIGH YIEL CORP BD FD | B | Dividend | K | T | Buy | 01/10/12 | K | | |
| 12.   NFJ DIV INT PREM STRAT AND PREM STRAT FD | C | Dividend | K | T | Buy | 01/06/12 | K | | |
| 13.   NUVEEN NY INV QUAL MUNI | C | Dividend | L | T | | | | | |
| 14.   NUVEEN NY PREF PLS MUNI | A | Dividend | | | Sold | 01/06/12 | L | D | |
| 15.   NUVEEN NY QUAL INC MUNI | C | Dividend | | | Sold | 03/21/12 | L | D | |
| 16.   NUVEEN NY SEL QUAL MUNI | C | Dividend | L | T | | | | | |
| 17.   NUVEEN QUAL PREF INC 2 | C | Dividend | K | T | Buy | 01/06/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO NY MUN INC FD | A | Dividend | | | Sold | 01/06/12 | K | | |
| 19. POWERSHARES S&P 500 | A | Dividend | K | T | Buy | 09/18/12 | K | | |
| 20. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | | | Sold | 01/03/12 | K | | |
| 21. SPDR S P DIVID ETF | A | Dividend | K | T | Buy | 01/10/12 | K | | |
| 22. WESTERN ASSET HIGH INC OPPT F | B | Dividend | K | T | Buy | 01/06/12 | K | | |
| 23. IRA - F. BLOCK | | | | | | | | | |
| 24. ARES CAPITAL CORP. | A | Dividend | | | Sold | 07/26/12 | J | | |
| 25. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | A | Interest | | | Sold | 04/09/12 | J | | |
| 26. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | A | Interest | | | Sold | 04/09/12 | J | | |
| 27. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | A | Interest | | | Sold | 04/09/12 | J | | |
| 28. ARROW DWA BALANCED FD CL A | A | Dividend | | | Sold | 01/06/12 | K | | |
| 29. ASA MANAGED FUTURES STRT.FD. CL. A | A | Dividend | | | Sold | 04/13/12 | K | | |
| 30. BLACKROCK EQUTY DIV FD C | A | Dividend | K | T | | | | | |
| 31. CALMOS STRAT TOT RET RETURN FD | C | Dividend | K | T | | | | | |
| 32. DWA TECH LEADERS PORT PWERSHRS ETF | A | Dividend | K | T | Buy | 07/05/12 | K | | |
| 33. EATON VANCE RISK MNGD DIV.EQ INCM FD | A | Dividend | | | Sold | 01/03/12 | K | | |
| 34. FIDELITY AVB INTERM BD. FD. CL C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIRST EAGLE GLOBAL CL C | C | Dividend | K | T | | | | | |
| 36. FRANKLIN RISING DIV. FD. CL. C | A | Dividend | K | T | | | | | |
| 37. ISHARES S&P 100 INDEX FD | A | Dividend | K | T | Buy | 06/14/12 | K | | |
| 38. ISHARES HIGH DIV EQ FD | B | Dividend | K | T | Buy | 08/29/12 | K | | |
| 39. WELLS FARGO ADVANTAGE MULTI SECTOR INC. FD. | C | Dividend | K | T | | | | | |
| 40. J HANCOCK PREF INC 2 | A | Dividend | J | T | | | | | |
| 41. THORNBURG INC BUILDER FD CL C | A | Dividend | | | Sold | 06/18/12 | L | | |
| 42. FIA CARD SERVICES NA RASP | A | Interest | J | T | | | | | |
| 43. LOOMIS SAYLES STRT. INC. FD. CL A | A | Dividend | | | Sold | 01/04/12 | J | | |
| 44. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | L | T | | | | | |
| 45. LOOMIS SAYLES CORE PLUS BD FD CL A | A | Dividend | K | T | Buy | 01/04/12 | L | | |
| 46. LOOMIS SAYLES CORE PLUS BD FD CL A | A | Dividend | | | Sold (part) | 12/14/12 | K | | |
| 47. LORD ABBETT SHORT DUR. INC. FD. C | B | Dividend | L | T | | | | | |
| 48. MORGAN STANLEY 5.5% 7/28/21 | A | Interest | | | Sold | 01/30/12 | K | | |
| 49. NATIXIS OAKMARK INTNL FD CL A | A | Dividend | K | T | Buy | 12/13/12 | K | | |
| 50. NATIXIS DIVERSIFIED INC PRTFOLIO A | B | Dividend | L | T | Buy | 04/12/12 | L | | |
| 51. NFJ DIV INT PREM STRAT AND PREMIUM STRAT FD | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. NUVEEN BUILD AMER BD FD | C | Dividend | L | T | | | | | |
| 53. NUVEEN QUAL PREF INC 2 | B | Dividend | K | T | | | | | |
| 54. NUVEEN QUAL PREF INC 3 | A | Dividend | | | Sold | 10/24/12 | K | | |
| 55. PIMCO STOCKSPLUS TOTAL RETURN FD CL C | C | Dividend | L | T | Buy | 07/12/12 | L | | |
| 56. PIMCO INCOME FD CL C | C | Dividend | K | T | | | | | |
| 57. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | | | Sold | 01/23/12 | K | | |
| 58. POWERSHARES QQQ TR UNITS SER 1 | A | Dividend | K | T | Buy | 08/07/12 | K | | |
| 59. POWERSHARES S&P 500BUYWRITE PORTFOLIO | B | Dividend | K | T | Buy | 06/13/12 | K | | |
| 60. PRUDENTIAL JENNISON EQ INC FD CL C | B | Dividend | L | T | | | | | |
| 61. PRUDENTIAL TOTAL RETURN BD FD CL C | B | Dividend | L | T | | | | | |
| 62. RS TECHNOLOGY FD CL C | | None | K | T | Buy | 01/18/12 | K | | |
| 63. TEMPLETON GLOBAL BD FD CL C | B | Dividend | L | T | | | | | |
| 64. WESTERN ASSET HIGH INC OPPT FD | C | Dividend | K | T | Buy | 01/03/12 | K | | |
| 65. BANK OF SMITHTOWN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544